**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs. Case No.: 8:23-cr-207-WFJ-AAS

STEVEN PARKER
_________________________________/

**NOTICE OF TERMINATION OF**
**REPRESENTATION BY GUNSTER, YOAKLEY & STEWART, P.A.**

Comes now, the law firm of Gunster, Yoakley & Stewart, P.A. ("Gunster") and notifies the Court as follows:

1. Attorney Latour Rey Lafferty, who is counsel of record for Defendant Parker, is no longer an attorney at Gunster.
2. Gunster no longer represents Defendant Parker and should be removed from the docket as a law firm of record in the instant cause.
3. Attorney Lafferty has indicated that he will continue to represent Defendant Parker.
4. Attorney Lafferty's new email address is: ltlafferty@yahoo.com.
5. Defendant Parker has been advised that Gunster no longer represents him.

WHEREFORE, Gunster respectfully notifies the Court that it is no longer counsel to Defendant Parker and that it should be removed as counsel of record

Respectfully submitted,

*/s/ Matthieu Goddeyne*
MATTHIEU GODDEYNE
Florida Bar No.: 0122189

Email: mgoddeyne@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson St., Ste. 1500
Tampa, FL 33602

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record via ECF on this 26th day of February, 2025.

*/s/ Matthieu Goddeyne*
MATTHIEU GODDEYNE